IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**THOMAS FISHER,**

**Defendant.**            **No. 07-CR-30136**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue sentencing submitted by Defendant Thomas Fisher. (Doc. 36.) For the reasons stated in said motion, the Court **GRANTS** the motion to continue sentencing. (Doc. 36.) The sentencing is rescheduled for June 6, 2008 at 2:30 p.m.

**IT IS SO ORDERED**.

Signed this 27th day of February, 2008.

/s/      *David R Herndon*
**Chief Judge**
**United States District Court**